DESSIE LEE HARPER
PO BOX 311
GOODMAN, MS 39079

FSNB
PO BOX 33009
FORT SILL, OK 73503

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

GENETOS, LANE & BUITEN
7900 BROADWAY
MERRILLVILLE, IN 46410

1ST FRANKLIN
120 VETERANS MEMORIAL HWY
KOSCIUSKO, MS 39090

HENDERSON COMMUNITY
200 W CHURCH ST
LEXINGTON, TN 38351

ADVANCE AMERICA
904 E PEACE ST
CANTON, MS 39046

ILLINOIS DEPT OF REVEN
P.O. BOX 19035
SPRINGFIELD, IL 62794

ALIGNED ORAL & FACIAL
1200 N STATE ST
STE 130
JACKSON, MS 39202

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ARMSTRONG & ASSOCIATES
208 ADAMS ST
MOBILE, AL 36603

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

BAPTIST MEMORIAL HOSPI
220 HWY 12 W
KOSCIUSKO, MS 39090

KOSCIUSKO MEDICAL CLIN
PO BOX 23996
JACKSON, MS 39225-3996

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

MERIT HEALTH CENTRAL
1850 CHADWICK DR
JACKSON, MS 39204

FAMILY CHOICE FINANCIA
3208 SERVICE DR
STE E
PEARL, MS 39208

PARAGON REVENUE GROUP
216 LE PHILLIP CR
CONCORD, NC 28025