Certificate Number: 17082-MSS-DE-040888348

Bankruptcy Case Number: 26-00861



17082-MSS-DE-040888348

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 21, 2026</u>, at <u>12:20</u> o'clock <u>PM MST</u>, <u>DESSIE L HARPER</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>April 22, 2026</u>          By:     <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>