United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                     Case No. 26-00861-JAW

Dessie Lee Harper                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                Page 1 of 2

Date Rcvd: Jun 08, 2026                       Form ID: n031                               Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Dessie Lee Harper, PO Box 311, Goodman, MS 39079-0311 |
| 5644049 | + | Aligned Oral & Facial, 1200 N State St, Ste 130, Jackson, MS 39202-2027 |
| 5644051 | + | Baptist Memorial Hospi, 220 Hwy 12 W, Kosciusko, MS 39090-3208 |
| 5644056 | + | Henderson Community, 200 W Church St, Lexington, TN 38351-2038 |
| 5644060 | | Kosciusko Medical Clin, PO Box 23996, Jackson, MS 39225-3996 |
| 5644061 | + | Merit Health Central, 1850 Chadwick Dr, Jackson, MS 39204-3404 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5644047 | + | Email/Text: bankruptcy@1ffc.com | Jun 08 2026 20:49:00 | 1st Franklin, 120 Veterans Memorial Hwy, Kosciusko, MS 39090-3849 |
| 5644048 | + | Email/Text: bnc@teampurpose.com | Jun 08 2026 20:49:00 | Advance America, 904 E Peace St, Canton, MS 39046-4024 |
| 5644050 | + | Email/Text: bankruptcy@arserv.com | Jun 08 2026 20:49:00 | Armstrong & Associates, 208 Adams St, Mobile, AL 36603-6598 |
| 5653606 | + | Email/Text: notices@jhoodlaw.com | Jun 08 2026 20:49:00 | B. Joey Hood II,Esq., Attorney at Law, PLLC, Attorney for Family Choice Financial Inc, Kosciusko Branch Post Office Box 759, Ackerman, MS 39735-0759 |
| 5644052 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Jun 08 2026 20:49:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5644054 | + | Email/Text: bankruptcy@fsnb.com | Jun 08 2026 20:49:00 | FSNB, N.A., 511 SW A AVE, LAWTON, OK 73501-3927 |
| 5644055 | + | Email/Text: seth@glblegal.com | Jun 08 2026 20:49:00 | Genetos, Lane & Buiten, 7900 Broadway, Merrillville, IN 46410-5524 |
| 5644057 | + | Email/Text: rev.bankruptcy@illinois.gov | Jun 08 2026 20:49:00 | Illinois Dept of Reven, P.O. Box 19035, Springfield, IL 62794-9035 |
| 5644059 | + | Email/Text: ebone.woods@usdoj.gov | Jun 08 2026 20:49:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5644058 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2026 20:49:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5651485 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 08 2026 20:49:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5645618 | + | Email/Text: bnc@teampurpose.com | Jun 08 2026 20:49:00 | PURPOSE FINANCIAL, INC, PO BOX 3058, SPARTANBURG SC 29304-3058 |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 08, 2026 | Form ID: n031 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 5644062 | + Email/Text: bkrnotice@prgmail.com | | | |
| | | Jun 08 2026 20:49:00 | Paragon Revenue Group, 216 Le Phillip Cr, Concord, NC 28025-2954 | |
| 5644063 | ^ MEBN | | | |
| | | Jun 08 2026 20:14:09 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 | |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Family Choice Financial, Inc. - Kosciusko Branch, 412 Hwy 12 East, P.O. Box 223, Kosciusko, MS 39090-0223 |
| 5644053 | ##+ | Family Choice Financial, Inc.-Kosciusko Branch, PO Box 223, Kosciusko, MS 39090-0223 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial  Inc. - Kosciusko Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Dessie Lee Harper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−00861−JAW
**Chapter:**  13

**In re:**

Dessie Lee Harper
PO Box 311
Goodman, MS 39079

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 8, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 8, 2026

Danny L. Miller, Clerk of Court